```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :
                                         :      25cr335(DLC)
             -v-                         :
                                         :         ORDER
LENARD WILKINS,                          :
                                         :
                       Defendant.        :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the arraignment and initial conference scheduled for July 29, 2025 is rescheduled to **July 30, 2025 at 11:00 AM** in Courtroom 18B, 500 Pearl Street, New York, NY, 10007.

Dated:   New York, New York
         July 29, 2025

                                         _____
                                              DENISE COTE
                                         United States District Judge