```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :    25cr335 (DLC)
                                         :
            -v-                          :    ORDER
                                         :
LENARD WILKINS,                          :
                  Defendant.             :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

Trial in this case is scheduled to begin on December 8, 2025 at 9:30 AM. Accordingly, it is hereby

ORDERED that any Rule 404(b) motions and motions <u>in limine</u> shall be filed by **November 14, 2025**; opposition shall be filed by **November 21, 2025**. Two courtesy copies shall be delivered by counsel to Chambers on the same day.

IT IS FURTHER ORDERED that any written Voir Dire requests, Requests to Charge or Trial Memorandum, shall be filed by **November 21, 2025**. Two courtesy copies shall be delivered by counsel to Chambers on the same day.

IT IS FURTHER ORDERED that the final pretrial conference is scheduled for **December 3, 2025** at **10:00 AM** in Courtroom 18B, 500 Pearl Street.

The Court's Individual Rules of Trial Practice in Criminal Cases are enclosed.

Dated: New York, New York
October 31, 2025

                                                     _____
                                                       DENISE COTE
                                     United States District Judge