```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
UNITED STATES OF AMERICA              :
                                      :         25cr335(DLC)
            -v-                       :
                                      :            ORDER
LENARD WILKINS,                       :
                                      :
                      Defendant.      :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that an arraignment on the S1 indictment and a conference to address the defendant's request for a change of plea is scheduled for November 13, 2025 at 11:30 AM in Courtroom 18B, 500 Pearl Street, New York, NY, 10007.

Dated:   New York, New York
         November 10, 2025

                                    _____
                                          DENISE COTE
                                    United States District Judge